1  Robert Tauler (SBN 241964)
   robert@taulersmith.com
2  Narain Kumar, Esq. (SBN 301533)
   nkumar@taulersmith.com
3  TAULER SMITH LLP
   626 Wilshire Boulevard, Suite 550
4  Los Angeles, California 90017
   Tel: (213) 927-9270
5

6  *Attorneys for Plaintiff
   Vianca Velasco*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIANCA VELASCO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>MOMENTUM SOLAR, LLC, a New Jersey limited liability company; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00016-JFW-PVC<br><br>**NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Vianca Velasco and Defendant Momentum Solar, LLC have reached a resolution of the above-captioned case. Assuming compliance with the terms of the resolution, the parties expect Plaintiff will dismiss his individual claims with prejudice within the next thirty (30) days.

DATED: February 25, 2025                TAULER SMITH LLP

                                By:    */s/ Robert Tauler*
                                       Robert Tauler, Esq.
                                       *Attorney for Plaintiff*
                                       *Vianca Velasco*

## **CERTIFICATE OF SERVICE**

I hereby certified that I served the foregoing document on all parties of record via the Court's CM/ECF system.

DATED: February 25, 2025         TAULER SMITH LLP

                                  By:  */s/ Robert Tauler*
                                       Robert Tauler, Esq.
                                       *Attorney for Plaintiff*
                                       *Vianca Velasco*